UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Terra I. Banks
      Bankruptcy No. 13-21139amc
      Adversary No.
      Chapter        13

                                        Date:   10-23-18

To:        Daivd M. Offen, Esquire


## NOTICE OF INACCURATE FILING

Re:  Motion to Discontinue Wage Order

The above pleading was filed in this office on **10-22-18.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing
    ( )    Wrong PDF document attached
    ( )    PDF document  not legible
    ( )    Notice of Motion/Objection
    ( )    Electronic Signature missing
    (X)    Other  Case Number is incorrect

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                        Timothy B. McGrath
                                        Clerk


                                    By:  **Stacey Dougherty**
                                    Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04