IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Terra I. Banks | : | No.  13-21139-AMC |
| Debtor | | |

## AMENDED ORDER

AND NOW, this 13th day of December, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Terra I. Banks

PAYROLL CONTROLLER
Commonwealth of Pennsylvania
801 Market Street
Suite 5132
Philadelphia, PA 19107