United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terra I Banks  
    Debtor

Case No. 13-21139-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　Page 1 of 2　　Date Rcvd: Dec 13, 2018  
　　　　　　　　　　Form ID: 138NEW　　Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db         +Terra I Banks,    426 E. Tulpehocken Street,    Philadelphia, PA 19144-1633
13218078   +Aes/Pheaa Natnl Ln,    1200 N 7th St,    Harrisburg, PA 17102-1419
13218080   +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4927
13218082   +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13425887    ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13246251   +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13242967   +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13218089   +Temple University,    1801 N Broad St,    Philadelphia, PA 19122-6096
13218091   +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:19     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:24
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/Text: kburkley@bernsteinlaw.com Dec 14 2018 03:12:58     Regional Acceptance Corporation,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13218079    E-mail/Text: mara@assetresources.com Dec 14 2018 03:12:15     Asset Resources,
             2989 Brookdale Drive,    Brooklyn Park, MN 55444
13218081   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2018 03:13:00     Credit Coll,
             Po Box 9134,    Needham, MA 02494-9134
13256579    E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2018 03:12:05     Denovus Corporation Ltd,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617
13247505    E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2018 03:12:05     Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-
13218083   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 03:11:53     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13342972    E-mail/PDF: pa_dc_ed@navient.com Dec 14 2018 03:13:27
             Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13218084   +E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 03:12:56     Nco Fin/09,
             507 Prudential Rd,    Horsham, PA 19044-2308
13218085   +E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 03:12:56     Nco Fin/99,    Po Box 15636,
             Wilmington, DE 19850-5636
13218086   +E-mail/Text: blegal@phfa.org Dec 14 2018 03:11:55     Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
13218087   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2018 03:14:18     Regional Acceptance Co,
             621 W Newport Pike,    Wilmington, DE 19804-3235
13241319    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2018 03:14:18     Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
13233564    E-mail/Text: appebnmailbox@sprint.com Dec 14 2018 03:11:52     Sprint,    Attn Bankruptcy Dept,
             PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13473766        U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN
cr*             ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13227137      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13218088      ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13218090      ##+West Bay Acq,    Pob 189,    East Greenwich, RI 02818-0189
                                                                                   TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Stacey                Page 2 of 2                   Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Terra I Banks dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Terra I Banks
      Debtor(s)

Bankruptcy No: 13−21139−amc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                For The Court
                                Timothy B. McGrath
                                Clerk of Court

Dated: 12/13/18

                                                58 − 57
                                            Form 138_new